**Order filed, July 11, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00319-CR
_____

**ZAJAHN ANTONIO JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 248th District Court
Harris County, Texas
Trial Court Cause No. 1217869**

---

## ORDER

The reporter's record in this case was due **May 28, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Karen DeShetler**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM